UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY JOYNER, Administrator of the Estate of Amy Joyner Francis And INITA JOYNER, mother of Amy Joyner Francis ) ) ) ) Plaintiffs, ) v. ) ) The New Castle County Vocational, ) Technical School District, Trinity Carr ) and Zion Snow. ) ) Defendants. ) | C.A. No. : 1-18-cv-00554-GMS<br><br>TRIAL BY JURY DEMANDED |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

IT IS HEREBY STIPULATED by and between plaintiff and defendant, Trinity Carr through their respective counsel, subject to approval by the Court, that the time within which defendant, Trinity Carr, shall be required to answer, move or otherwise plead is extended to and including Friday, June 22, 2018.

| MURPHY & LANDON | CASARINO, CHRISTMAN, SHALK, RANSOM & DOSS, P.A. |
|---|---|
| */s/ Roger D. Landon* (#2460)<br>ROGER D. LANDON, ESQUIRE<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>Telephone (302) 472-8100<br>rlandon@msllaw.com<br>Attorney for Plaintiffs Anthony Joyner & Inita Joyner | /s/ *Kenneth M. Doss* (#2862)<br>KENNETH M. DOSS, ESQUIRE<br>P.O. Box 1276<br>Wilmington, DE 19899-1276<br>Telephone (302) 594-4500<br>Kdoss@casarino.com<br>Attorney for Trinity Carr |

Dated: 5 June 2018

So Ordered this _____ day of June 2018.

_____
J.