UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY JOYNER, Administrator of the Estate of Amy Joyner Francis And INITA JOYNER, mother of Amy Joyner Francis ) ) ) ) | C.A. No. : 1-18-cv-00554-GMS |
| Plaintiffs, ) ) | |
| v. ) ) | TRIAL BY JURY DEMANDED |
| The New Castle County Vocational, Technical School District, Trinity Carr and Zion Snow. ) ) ) ) | |
| Defendants. ) | |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

WHEREFORE, counsel for Trinity Carr has just entered an appearance for her, but has not yet been able to meet with Ms. Carr, nor review any portion of her file concerning the claims made in this action; and in order to fully obtain a factual basis for any answer or other pleading to be filed on behalf of Ms. Carr;

IT IS HEREBY STIPULATED by and between plaintiff and defendant, Trinity Carr through their respective counsel, subject to approval by the Court, that the time within which defendant, Trinity Carr, shall be required to answer, move or otherwise plead is extended to and including Friday, June 22, 2018.

| MURPHY & LANDON | CASARINO, CHRISTMAN, SHALK, RANSOM & DOSS, P.A. |
|---|---|
| */s/ Roger D. Landon*          (#2460)<br>ROGER D. LANDON, ESQUIRE<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>Telephone (302) 472-8100<br>rlandon@msllaw.com<br>Attorney for Plaintiffs Anthony Joyner & Inita Joyner | */s/ Kenneth M. Doss*       (#2862)<br>KENNETH M. DOSS, ESQUIRE<br>P.O. Box 1276<br>Wilmington, DE 19899-1276<br>Telephone (302) 594-4500<br>Kdoss@casarino.com<br>Attorney for Trinity Carr |

Dated: 7 June 2018

So Ordered this _____ day of June 2018.

_____
J.