# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY JOYNER, Administrator of the Estate of Amy Joyner Francis And INITA JOYNER, mother of Amy Joyner Francis, <br><br> Plaintiffs, <br><br> v. <br><br> THE NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, TRINITY CARR AND ZION SNOW, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No.: 1-18-cv-00554-GMS <br> ) <br> ) <br> ) <br> ) TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 28, 2018, a copy of *Defendant The New Castle County Vocational Technical School District's Initial Disclosures* were caused to be served upon the following counsel below via email:

Roger D. Landon
MURPHY & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
rlandon@msllaw.com
*Attorney for Plaintiffs Anthony Joyner & Inita Joyner*

Kenneth M. Doss
CASARINO, CHRISTMAN, SHALK, RANSOM & DOSS, P.A.
P.O. Box 1276
Wilmington, DE 19899
kdoss@casarino
*Attorney for Trinity Carr*

PLEASE TAKE FURTHER NOTICE that on June 28, 2018, a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served by e-mail on all counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Barry M. Willoughby (Supr. Ct. ID #1016)
Neilli Mullen Walsh (Supr. Ct. ID #2707)
Jennifer M. Kinkus (Supr. Ct. ID #4289)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6666/(302) 571-6603/(302) 571-6722
bwilloughby@ycst.com/nwalsh@ycst.com/
jkinkus@ycst.com
*Attorneys for Defendant The New Castle County Vocational Technical School District*

Dated: June 28, 2018