




DANIEL D. MARTIN
& ASSOCIATES, LLC
PERSONAL INJURY LAWYERS

Daniel D. Martin*
Jeffrey S. Wexler*
Sara M. Balestra Menei*
*also admitted in PA and NJ bars

Reply to Wilmington

Jenna M. Prosceno, Senior Paralegal
Danielle Medvec, Paralegal
Amy Martin (1965-2006)

July 20, 2018

Clerk, United States District Court
For the District of Delaware
844 N. King Street Room 4209 Unit 18
Wilmington, DE 19801

RE: District Court CA.: 18-945
De Superior Court CA: N18C-04-056
Francis vs. New Castle County Vocational Technical School District et al
HAND DELIVERED

Dear Sir/Madam:

Please be advised that I am in receipt of the Court's correspondence concerning my membership with the Court. I originally filed this action in the Superior Court of New Castle County. The action was subsequently removed to this Court. After speaking with your office, I was instructed to write this correspondence informing the Court of my pending admission scheduled for July 30. 2018. Shortly thereafter, I would be in the position to enter my appearance on behalf of the Plaintiff. At this juncture, I would respectfully request that the Court refrain from taking any action on this matter until such time that I am admitted and have the opportunity to enter my appearance. If you should have any questions or concerns, I am available at the Court's convenience.

Very truly yours,

Daniel D. Martin

1301 N. Harrison Street, #105, Wilmington, DE 19806 ▪ ph: 302.658.2884 fax: 302.658.2889 ▪ web: danielmartinlaw.com
44 East Front Street, Media, PA 19063 ▪ ph: 877.658.2884

DANIEL D. MARTIN
& ASSOCIATES, LLC
PERSONAL INJURY LAWYERS

Clerk, United States District Court
For the District of Delaware
844 N. King Street Room 4209 Unit 18
Wilmington, DE 19801
HAND DELIVERED