AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-00554 GMS.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This alias summons & complaint for *(name of individual and title, if any)* **Zion Snow** was received by me on **5/15/2018**.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ at _____, and mailed a copy to the individual's last known address; or

[ ] I served the alias summons & complaint *(name of individual)* _____ at _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____, on *(date)* _____ at _____ ; or

[ X ] On **7/13/2018** at **1:30 p.m.**, I returned the summons unexecuted because **Does not live at address per current resident of 3 months (name refused)**; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that is information is true.

Date: **7/16/2018**

_____
*Server's signature*
**Kevin J. O'Rourke**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

ANTHONY JOYNER, Administrator |
Of The Estate of Amy Joyner Francis |
And INITA JOYNER, mother of |
Amy Joyner Francis, |

          Plaintiffs,

v.                                       C.A. No. 1:18-cv-00554 GMS

THE NEW CASTLE COUNTY
VOCATIONAL TECHNICAL
SCHOOL DISTRICT, TRINITY
CARR AND ZION SNOW,

          Defendants.

TO:  Zion Snow
       504 Coventry Lane
       Newark, DE 19713

A lawsuit has been filed against you.

Within 21 days after service of this *Alias* Summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. (1)(2) or (3) – you must serve on the plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiff or plaintiff's attorney, whose name and address are: Roger D. Landon, Esquire, plaintiffs' attorney, whose address is Murphy & Landon, 1011 Centre Road, Suite 210, Wilmington, DE 19805.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. You also must file your answer or motion with the Court.

                                                                 CLERK OF COURT

Dated:   MAY 1 4 2018         by _/s/ Nicole Faulerno_, deputy clerk

227730

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Plaintiffs