# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY JOYNER, Administrator Of The Estate of Amy Joyner Francis And INITA JOYNER, mother of Amy Joyner Francis,<br><br>Plaintiffs,<br><br>v.<br><br>THE NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, TRINITY CARR AND ZION SNOW,<br><br>Defendants. | C.A. No. 1:18-cv-00554 GMS |

## PRAECIPE FOR PLURIES SUMMONS

TO:  THE CLERK OF THE COURT

**PLEASE ISSUE WRIT** to undersigned counsel so that plaintiffs may summon defendant Zion Snow to answer in accordance with FRCP 4(e)(1), Delaware Super.Ct.Civ.R. 4(f)(V), and 10 DEL.C. § 3104.

                                            MURPHY & LANDON

                                            */s/ Roger D. Landon*
                                            ROGER D. LANDON, I.D. No. 2460
                                            1011 Centre Road, #210
                                            Wilmington, DE  19805
                                            302-472-8100
                                            Attorney for Plaintiffs

178086

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY JOYNER, Administrator Of The Estate of Amy Joyner Francis And INITA JOYNER, mother of Amy Joyner Francis,<br><br>          Plaintiffs,<br><br>v.<br><br>THE NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, TRINITY CARR AND ZION SNOW,<br><br>          Defendants. | C.A. No. 1:18-cv-00554 GMS |

TO:   **Zion Snow**
        **504 Coventry Lane**
        **Newark, DE  19713**

A lawsuit has been filed against you.

Within 21 days after service of this *Pluries* Summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. (1)(2) or (3) – you must serve on the plaintiffs an answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on plaintiffs or plaintiffs' attorney, whose name and address is Roger D. Landon, Esquire, and whose address is Murphy & Landon, 1011 Centre Road, Suite 210, Wilmington, DE 19805.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint.  You also must file your answer or motion with the Court.

                                                          CLERK OF COURT

Dated:                                                          _____

227730