UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY JOYNER, Administrator Of The Estate of Amy Joyner Francis And INITA JOYNER, mother of Amy Joyner Francis,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, TRINITY CARR AND ZION SNOW,<br><br>    Defendants. | C.A. No. 1:18-cv-00554 CFC<br>CONSOLIDATED WITH<br>(C.A. No. 1:18-cv-00945 CFC) |
| JACOB A. FRANCIS, III, Father of Amy Joyner Francis,<br><br>    Plaintiff,<br><br>v.<br><br>THE NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, TRINITY CARR AND ZION SNOW,<br><br>    Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's Oral Order dated October 9, 2018, the parties submit the following Joint Status Report.

  1. **Status of Pleadings:** The case stems from an incident at Howard High School that occurred on April 21, 2016 when Amy Joyner died following a

1

physical altercation with other students in the girls' restroom. Two lawsuits were initially filed in the Delaware Superior Court. One suit was filed by the Estate of Amy Joyner Francis and her mother, Inita Joyner. The other suit was filed by Amy's father, Jacob A. Francis, III. Both suits were removed by the New Castle County Vocational Technical School District to this Court. Both cases were consolidated by Judge Sleet pursuant to his Oral Order of 7/9/18. All parties have been served. The School District and Carr have answered the Complaint. Zion Snow has not answered the Complaint. Plaintiffs anticipate filing a default motion against Zion Snow forthwith.

2. **Discovery Schedule:** This Court entered an Order on 7/13/18 establishing, among other things, a discovery schedule and trial. The Order requires fact discovery to be completed by 3/29/19 and expert discovery to be completed by 8/14/19. The parties have exchanged initial disclosures under Rule 26 and will be scheduling depositions in the near future.

3. **The next event the parties believe the Court needs to schedule:** In its Order of October 9, 2018, the Court asked the parties to advise the Court as to the next event that the Court needs to schedule. At this point, the parties do not request that the Court schedule any particular event. Rather, the parties intend to proceed with discovery pursuant to the Case Scheduling Order referenced above.

| | |
|---|---|
| MURPHY & LANDON | YOUNG CONAWAY STARGATT & TAYLOR |
| /s/ Roger D. Landon | /s/ Neilli Mullen Walsh |
| ROGER D. LANDON, No. 2460<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>Attorney for Plaintiffs<br>Anthony Joyner and Inita Joyner | Neilli Mullen Walsh, No. 2707<br>Jennifer M. Kinkus, No. 4289<br>1000 N. King Street<br>Wilmington, DE 19801<br>Attorneys for Defendant<br>The New Castle County Vocational Technical School District |
| BIFFERATO GENTILOTTI | CASARINO CHRISTMAN SHALK RANSOM & DOSS |
| /s/ Jeffrey M. Gentilotti | /s/ Kenneth M. Doss |
| JEFFREY M. GENTILOTTI, No. 3392<br>4250 Lancaster Pike, Suite 130<br>Wilmington, DE 19805<br>Attorney for Plaintiff<br>Jacob A. Francis, III | KENNETH M. DOSS, No. 2862<br>1007 N. Orange Street, #1100<br>Wilmington, DE 19801<br>Attorney for Defendant<br>Trinity Carr |