UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY JOYNER, Administrator Of The Estate of Amy Joyner Francis And INITA JOYNER, mother of Amy Joyner Francis,<br><br>Plaintiffs,<br><br>v.<br><br>THE NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, TRINITY CARR AND ZION SNOW,<br><br>Defendants. | C.A. No. 1:18-cv-00554 CFC<br>CONSOLIDATED WITH<br>(C.A. No. 1:18-cv-00945 CFC) |
| JACOB A. FRANCIS, III, Father of Amy Joyner Francis,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, TRINITY CARR AND ZION SNOW,<br><br>Defendants. | |

### PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT ZION SNOW

Plaintiffs move for judgment by default against defendant Zion Snow pursuant to FRCP 55(b)(2), and in support thereof state:

189536

1. On September 10, 2018, plaintiffs filed an amendment to their Complaint pursuant to FRCP 4(e)(1), Delaware Super.Ct.Civ.R. 4(f)(V), and 10 DEL.C. § 3104, verifying service upon defendant Zion Snow had been duly made as of September 6, 2018 at the latest.

2. Defendant Snow has not entered an appearance, filed an answer, or requested an extension of time from plaintiffs or the Court to do so.

WHEREFORE, plaintiffs ask the Court to enter judgment by default in their favor and against defendant Zion Snow.

MURPHY & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, I.D. No. 2460
1011 Centre Rd., #210
Wilmington, DE 19805
302.472.8100
Attorney for Plaintiffs